*Mr. Wm. T. Arnos* for petitioner. *Mr. Thomas J. Herbert,* Attorney General of Ohio, for respondent.

No. 629. BUCKLEY *v.* CHRISTMAS. November 10, 1941. The motion to dispense with the printing of parts of the record is granted. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Harvey L. Rabbitt, Jacob H. Gilbert,* and *Miss Susan Brandeis* for petitioner. *Mr. E. Milton Altfeld* for respondent.

No. 669. HARDESTY, RECEIVER, *v.* FAIRMONT SUPPLY Co. November 10, 1941. Petition for writ of certiorari to the Supreme Court of Appeals of West Virginia denied for the want of a final judgment. *Mr. George P. Barse* for petitioner. *Mr. Eli Whitney Debevoise* for respondent.

No. 630. HOBART, DOING BUSINESS AS THE HOBART CABINET Co., *v.* NATIONAL LABOR RELATIONS BOARD. November 10, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Leonard H. Shipman* for petitioner. *Assistant Solicitor General Fahy* and *Messrs. Robert B. Watts* and *Laurence A. Knapp* for respondent.

No. 631. ABRAMS ET AL. *v.* SCANDRETT ET AL., TRUSTEES, ET AL. November 10, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Meyer Abrams* for petitioners. *Mr. A. N. Whitlock* for Henry A. Scandrett et al., Trustees; *Mr. Fred N. Oliver* for the Mutual Savings Bank Group; and *Messrs.*

*Kenneth F. Burgess* and *Douglas F. Smith* for the Life Insurance Group, respondents.

No. 632. MOSLEY ET AL. *v.* UNITED STATES APPLIANCE CORP. November 10, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Alan W. Davidson* for petitioners. *Mr. Philip Harper Allen* for respondent.

No. 633. TERMINAL RAILROAD ASSOCIATION OF ST. LOUIS *v.* STAENGEL. November 10, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Carleton S. Hadley* and *Walter N. Davis* for petitioner. *Messrs. Mark D. Eagleton* and *Roberts P. Elam* for respondent.

No. 634. COTROS ET AL. *v.* NASHVILLE TRUST CO., EXECUTOR. November 10, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Robert Lee Bartels* and *Felix Earl Hagler* for petitioners. *Assistant Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. J. Louis Monarch* and *William L. Cary* for respondent.

No. 637. RICE ET AL., TRUSTEES, *v.* GUTERMAN, TRUSTEE IN BANKRUPTCY. November 10, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Messrs. Paul A. Dever* and *Edward O. Proctor* for petitioners. *Mr. Harry N. Guterman* for respondent.